# JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DUANE M. MAGEE,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JOHN MERCHANT,**<br><br>　　　　　　　　　Defendant. | Case No. 5:23-cv-00219-JLS (ADS)<br><br>**ORDER** |

Upon due consideration, the Court **GRANTS** the parties' stipulation and **DISMISSES** all claims with prejudice against Defendants pursuant to Federal Rule of Civil Procedure. 41(a)(1)(A)(ii).

Dated:  February 8, 2024

　　　　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　The Honorable Josephine L. Staton